IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02692-RPM

ESTHER R. FLANNIGAN, f/k/a ESTER HENDRICKS,

     Plaintiff,

v.

HHP - WESTMINSTER, L.L.C. d/b/a DOUBLETREE BY HILTON,

     Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that  a scheduling conference will be held on **February 1, 2013, at 10:00 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on January 24, 2013.**   The conference is conducted with lead counsel present in

person.  No parties or representatives of parties will be permitted to attend.

     DATED: December 21st, 2012

          BY THE COURT:

          s/Richard P. Matsch

          _____

          Richard P. Matsch, Senior Judge