IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02692-RPM

ESTHER R. FLANNIGAN, f/k/a ESTER HENDRICKS,

     Plaintiff,

v.

HHP - WESTMINSTER, L.L.C. d/b/a DOUBLETREE BY HILTON,

     Defendant.

_____

ORDER FOR DISMISSAL
_____

     Pursuant to the Stipulation for Dismissal with Prejudice [18] it is

     ORDERED that this action is dismissed with prejudice, each party to pay their own costs

and attorney fees.

     DATED: February 6, 2013

                     BY THE COURT:

                     s/Richard P. Matsch

                     _____

                     Richard P. Matsch, Senior Judge